IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              CASE NO. 4:18-CR-00484-BSM

DEANDRA YOUNG                                                                         DEFENDANT

## ORDER

Deandra Young's *pro se* motion to reduce her sentence [Doc. No. 52] is denied because she has not identified a statute or rule that would allow modification of her presentence investigation report. *See United States v. Lashley*, No. 4:99-CR-185 CAS, 2016 WL 6432788, at *1 (E.D. Mo. Oct. 31, 2016) ("postsentence challenges to a [PSR] which are submitted to the district court must be based on statutes or rules which give the district court jurisdiction to consider the challenge") (quoting *United States v. Warner*, 23 F.3d 287, 290 (10th Cir. 1994)).

IT IS SO ORDERED this 18th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE